**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH J. RANIELI,** | : | **No. 3:19cv1176** |
| **Plaintiff** | : | |
| **v.** | : | **(Judge Munley)** |
| | : | |
| **STATE FARM** | : | |
| **INSURANCE COMPANY,** | : | |
| **Defendant** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 19th day of November 2019, the defendant's motion to dismiss (Doc. 3) is **GRANTED** with respect to the demand for attorney's fees and punitive damages in the breach of contract count. The motion to dismiss is **DENIED** in all other respects.

**BY THE COURT:**


**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**